In the Matter of MARTIN O'BRIAN, an Attorney.— Reference ordered to

Hon. John J. Freedman, official referee.    Settle order on notice.    Present —
Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.